**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: ADOPTION OF V.I.M.B. | : | No. 627 MAL 2018 |
| | : | |
| | : | |
| PETITION OF: N.B., JR., FATHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | | |
| IN RE: ADOPTION OF N.H.M.B. | : | No. 628 MAL 2018 |
| | : | |
| | : | |
| PETITION OF: N.B., JR., FATHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | | |
| IN RE: ADOPTION OF J.T.C.B. | : | No. 629 MAL 2018 |
| | : | |
| | : | |
| PETITION OF: N.B., JR., FATHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.